6-96-028-CV Long Trusts v. Dowd 













In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00027-CV


______________________________





IN RE: PATRICK LEE MULLINS









 


Original Mandamus Proceeding









 
 



Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter








MEMORANDUM OPINION



 Patrick Lee Mullins has filed a petition for writ of mandamus with this Court in which he
asks us, in connection with an appeal which was transferred to this Court from the Houston Court
of Appeals as part of docket equalization, to issue an injunction against Estelle High Security and
the Texas Department of Criminal Justice Healthcare Services Division. Mullins asks this Court to
direct those parties to return his belongings and to give an account of where his belongings have been
sent.

 This Court may issue an injunction in order to protect its jurisdiction, but we do not have
original, general, statewide injunctive authority. Tex. Gov't Code Ann. § 22.221(a) (Vernon Supp.
2003). Accordingly, we do not have the authority to provide the relief sought.

 The petition is denied.



 Jack Carter

 Justice


Date Submitted: February 4, 2003

Date Decided: February 5, 2003